STEPHANIE FORMAN, ESQ., STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025
HEIDI J. SINAVSKY, ESQ., STATE BAR NO.: 292553

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com
E-Mail: hsinavsky@tharpe-howell.com

Attorneys for Defendants,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| LESLEY MADRID,<br><br>   Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 through 50, Inclusive,<br><br>   Defendants. | Case No.: 18-cv-01398-YGR<br><br>(Contra Costa County Superior Court Case No.: CIVMSC17-02289)<br><br>[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff LESLEY MADRID is hereby dismissed in its entirety, with prejudice.

Dated: October 25, 2018

By: _____
U.S. DISTRICT COURT JUDGE
YVONNE GONZALEZ ROGERS